**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Monique Curiel,** | ) Case No: 1:15-cv-00580-AWI-GSA |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| **Fresno Credit Bureau and the Law Office of John D. Suhr,** | ) |
| Defendants | ) |

Based on the stipulation between the parties, a fully-executed copy of which is on the Court's docket as ECF No. 5, Defendants shall have an extension of time up to and including **July 10, 2015**, within which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: __**July 8, 2015**__            __/s/ Gary S. Austin__
                                UNITED STATES MAGISTRATE JUDGE

{00034096;1}                               - 1 -