UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE CURIEL,<br><br>          Plaintiff,<br><br>     v.<br><br>FRESNO CREDIT BUREAU, and THE LAW OFFICE OF JOHN D. SUHR,<br><br>          Defendants. | CASE NO. 1:15-CV-580  AWI GSA<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**(Doc. No. 16)** |

On September 10, 2015, the parties filed a motion to dismiss this action with prejudice. See Doc. No. 16.  The Court views this motion as a stipulation for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval.  See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d

1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all parties who have appeared in this case signed the stipulated dismissal. Because all parties have signed the stipulated dismissal with prejudice, this case has terminated automatically. See id.

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice; and

2. The September 10, 2015 motion to dismiss (Doc. No. 16) is DENIED as unnecessary in light of the automatic nature of a Rule 41(a)(1) stipulated dismissal.

IT IS SO ORDERED.

Dated:   September 10, 2015                    _____
                                                SENIOR  DISTRICT  JUDGE